USDC- BALTIMORE
'24 JUN 4 PM12:38

*KSC/05.22.24*
LNE/JIH 2024R00003

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**

**v.**

**RANAIR PRATCHER,**
**RONALD SMITH, and**
**TURON WILLIAMS,**

**Defendants.**

**CRIMINAL NO.** DKC 24cr 183

**(Conspiracy to Commit Carjacking, 18 U.S.C. § 371; Carjacking, 18 U.S.C. § 2119(1); Conspiracy to Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(o); Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c); Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. §§ 924(d) and 982(a)(5), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c))**

**...oOo...**

## INDICTMENT

### COUNT ONE
### (Conspiracy to Commit Carjacking)

The Grand Jury for the District of Maryland charges that:

In or about November 2023, in the District of Maryland,

**RANAIR PRATCHER,**
**RONALD SMITH, and**
**TURON WILLIAMS,**

the defendants herein, together with others known and unknown to the Grand Jury, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree to take from the person and presence of another, by force, violence, and intimidation, and with intent to cause death and serious bodily harm, a motor vehicle that had been transported, shipped, and received in interstate

commerce, in violation of 18 U.S.C. § 2119(1), which offense is commonly referred to as Carjacking.

**OVERT ACTS**

During the course of and in furtherance of the conspiracy, and to effect the objects thereof, at least one of the conspirators committed or caused to be committed at least one of the following acts, among others, in the District of Maryland and elsewhere:

1. On or about November 4, 2023, one or more conspirators possessed a firearm in preparing to commit carjacking; and

2. On or about November 4, 2023, one or more conspirators took a white 2019 Mercedes Benz C300 convertible, bearing Maryland tag number 2ER1712, from the person and presence of another, by force, violence, and intimidation, and with intent to cause death and serious bodily harm, in the vicinity of 300 West Baltimore Street, Baltimore, Maryland 21201.

18 U.S.C. § 371

**COUNT TWO**
**(Carjacking)**

The Grand Jury for the District of Maryland further charges that:

On or about November 4, 2023, in the District of Maryland, the defendants,

**RANAIR PRATCHER,**
**RONALD SMITH, and**
**TURON WILLIAMS,**

by force, violence, and intimidation, and with the intent to cause death and serious bodily harm, did take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit, a white 2019 Mercedes Benz C300 convertible, bearing Maryland tag number 2ER1712.

18 U.S.C. § 2119(1)
18 U.S.C. § 2

**COUNT THREE**
**(Conspiracy to Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)**

The Grand Jury for the District of Maryland further charges that:

In or about November 2023, in the District of Maryland, the defendants,

**RANAIR PRATCHER,**
**RONALD SMITH, and**
**TURON WILLIAMS,**

did knowingly and unlawfully combine, conspire, confederate and agree with each other and other persons, known and unknown to the Grand Jury, to knowingly use, carry, and brandish a firearm during and in relation to crimes of violence for which they may be prosecuted in a court of the United States, that is, Carjacking, as set forth in Count Two of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(o)

**COUNT FOUR**
**(Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)**

The Grand Jury for the District of Maryland further charges that:

On or about November 4, 2023, in the District of Maryland, the defendants,

**RANAIR PRATCHER,**
**RONALD SMITH, and**
**TURON WILLIAMS,**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Carjacking in violation of Title 18, United States Code, Section 2119(1), as alleged in Count Two of this Indictment.

18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

**COUNT FIVE**
**(Possession of a Firearm and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about November 4, 2023, in the District of Maryland, the defendants,

**RANAIR PRATCHER,**
**RONALD SMITH, and**
**TURON WILLIAMS,**

knowing that they had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Glock model 23 handgun, bearing serial number CABX163, and approximately 21 rounds of .40 S&W caliber ammunition; a Glock model 21 handgun, bearing serial number UBR467, and approximately 27 rounds of .45 Auto caliber ammunition; and a Glock model 19X handgun, bearing serial number BXGZ920, and approximately 24 rounds of 9mm Luger caliber ammunition, which were in and affecting commerce.

18 U.S.C. § 922(g)(1)

*KSC/05.22.24*

**FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 982(a)(5), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendants' convictions under the offenses charged in Counts Three, Four, or Five of this Indictment.

**Carjacking Forfeiture**

2. Upon conviction of the offense(s) alleged in Counts One or Two of this Indictment, the defendants,

**RANAIR PRATCHER,**
**RONALD SMITH, and**
**TURON WILLIAMS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such offense.

**Firearm and Ammunition Forfeiture**

3. Upon conviction of the offense(s) alleged in Counts Three, Four, or Five, the defendants,

**RANAIR PRATCHER,**
**RONALD SMITH, and**
**TURON WILLIAMS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense(s).

**Property Subject to Forfeiture**

4. The property to be forfeited includes, but is not limited to, the following:

a. a Glock model 23 firearm, bearing serial number CABX163;

b. a Glock model 21 firearm, bearing serial number UBR467, with a black auto sear switch attached thereto;

c. a Glock model 19X firearm, bearing serial number BXGZ920, with a silver auto sear switch attached thereto;

d. approximately 21 rounds of .40 S&W caliber ammunition;

e. approximately 27 rounds of .45 Auto caliber ammunition;

f. approximately 24 rounds of 9mm Luger caliber ammunition; and

g. a forfeiture money judgment in the appropriate amount.

**Substitute Assets**

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 982(a)(5)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

6/4/24

Date