IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| v. | : | Case No. DKC-24-0183 |
| | : | |
| **TURON WILLIAMS,** | : | |
| | : | |
| **Defendant** | : | |

## MOTION TO SUPPRESS STATEMENTS

Turon Williams, the Defendant, by and through Andrew R. Szekely and Gabriel Reyes, Assistant Federal Public Defenders, hereby moves to suppress his custodial statements and all evidence that was derivative of his involuntary, un-*Mirandized* statements.

### FACTUAL BACKGROUND

The government has obtained a five-count indictment charging Mr. Williams with conspiracy to commit carjacking (Count One), carjacking (Count Two), conspiracy to use, carry, and brandish a firearm (Count Three), using, carrying, and brandishing a firearm (Count Four), and possession of a firearm and ammunition by a prohibited person (Count Five). All five counts arise from an alleged carjacking on November 4, 2023, and Mr. Williams' arrest for the carjacking early on November 5, 2023.

### ARGUMENT

Mr. Williams's motion seeks to exclude all alleged statements that the government may seek to introduce at trial, whether or not such statements are yet known to counsel or are specified herein. However, without limitation, the following alleged statements are specifically at issue: Statements allegedly made by Mr. Williams to law enforcement officials after his November 5, 2023, arrest.

Mr. Williams is entitled to a hearing regarding the voluntariness of any alleged statements in accordance with the provisions of 18 U.S.C. § 3501 and the principles set forth in

*United States v. Inman*, 352 F.2d 954 (4th Cir. 1965). If, at such hearing, the government fails to establish that such statements were not obtained in violation of Mr. Williams's privilege against self-incrimination, nor his right to counsel as guaranteed by the Fifth and Sixth Amendments to the United States Constitution, nor the Supreme Court's holding in *Miranda v. Arizona*, 384 U.S. 436 (1966), *and* were not otherwise involuntary, *see Mincey v. Arizona*, 437 U.S. 385 (1978); *McNabb v. United States*, 318 U.S. 332 (1943), such statements should be suppressed.

        Respectfully submitted,

        James Wyda
        Federal Public Defender
        for the District of Maryland

        ___/s/_____
        Andrew R. Szekely
        Gabriel Reyes
        Assistant Federal Public Defenders
        100 South Charles Street
        Tower II, 9th Floor
        Baltimore, Maryland 21201
        Phone: (410) 962-3962
        Fax: (410) 962-3976
        Email: andrew_szekely@fd.org
               gabriel_reyes@fd.org

## REQUEST FOR HEARING

      Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, the Defendant requests a hearing on this motion.

        _____/s/_____
        Andrew Szekely
        Assistant Federal Public Defender