IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. DKC-24-0183 |
| RANAIR PRATCHER | * | |

\* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SUPPRESS STATEMENTS

The defendant, Ranair Pratcher, through counsel, Christopher C. Nieto, Nieto Law Office, hereby respectfully moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any and all statements, admissions and confessions allegedly given by the defendant, whether oral, written or otherwise recorded, which the government proposes to use as evidence against the defendant at trial, and in support of the motion alleges as follows:

1. The defendant, Ranair Pratcher, is charged in a multi-count indictment with Conspiracy to commit carjacking (Count One), Carjacking (Count Two), Conspiracy to use, carry, and brandish a firearm (Count Three), Using, carrying, and brandishing a firearm (Count Four), and Possession of a firearm and ammunition by a prohibited person (Count Five). All five counts arise from an alleged carjacking on November 4, 2023, and Mr. Pratcher's arrest for the carjacking early on November 5, 2023. Trial is scheduled for January 20, 2026.

2. Discovery indicates that Mr. Pratcher allegedly made certain statements to law enforcement. Mr. Pratcher seeks to exclude all alleged statements that the government may seek to introduce at trial, whether or not such statements are yet known to counsel or are specified herein. However, without limitation, the following statements are specifically at issue: statements made by

– 1 –

Mr. Pratcher to law enforcement on November 5, 2023 during and following a traffic stop and seizure in Baltimore, Maryland.

3. Mr. Pratcher is entitled to a hearing regarding the voluntariness of any statements, whether oral or written, that the government attributes to him in accordance with the provisions of 18 U.S.C. § 3501, and the principles set forth in *United States v. Inman*, 352 F.2d 954 (4th Cir. 1965). If, at such hearing, the government fails to establish that such statements were not obtained in violation of Mr. Pratcher's privilege against self-incrimination nor his right to counsel, as guaranteed by the Fifth and Sixth Amendments to the United States Constitution, nor the Supreme Court's holdings in *Miranda v. Arizona*, 384 U.S. 436 (1966), and were not otherwise involuntary, *see Mincey v. Arizona*, 437 U.S. 385 (1978); *McNabb v. United States*, 318 U.S. 332 (1943), such statements should be suppressed.

4. Even if the Court were to find that there were no Miranda violation, the government would still bear the burden of proving that Mr. Pratcher's statements were voluntary. In making this determination:

> "The proper inquiry is whether the defendant's will has been overborne or his capacity for self-determination is critically impaired." United States v. Braxton, 112 F.3d 777, 780–81 (4th Cir. 1997) (en banc) (internal quotation marks and citations omitted). "The Government bears the burden of proving by a preponderance of the evidence that the statement was voluntary." Braxton, 112 F.3d at 781 (citing Lego v. Twomey, 404 U.S. 477, 489, 92 S.Ct. 619, 30 L.Ed.2d 618 (1972))

*United States v. Giddins,* 858 F.3d 870, 881 (4th Cir. 2017).

**WHEREFORE**, the Defendant moves that all statements, admissions and confessions that the government proposes to use as evidence against him, whether oral, written or otherwise recorded, be suppressed.

Respectfully submitted,

_____/s/_____
CHRISTOPHER C. NIETO
Nieto Law Office
233 East Redwood Street, Suite 1000C
Baltimore, Maryland 21202
Tel: (443) 863-8189
Fax: (443) 378-5723
Email: cnieto@nietolawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, a copy of Defendant's Motion, which was electronically filed in this case, was emailed to AUSAs LaRai Everett and James Hammond.

\_\_\_\_/s/_____
Christopher C. Nieto, #30031
Attorney for Mr. Pratcher