IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal Case No. DKC-24-0183 |
| RANAIR PRATCHER | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SUPPRESS TANGIBLE AND DERIVATIVE EVIDENCE

Now comes the defendant, Ranair Pratcher ("Mr. Pratcher"), by and through his attorney, Christopher C. Nieto, hereby moves this Honorable Court for an Order suppressing any and all tangible and derivative evidence obtained pursuant to a seizure on November 5, 2023. In support of the motion, Mr. Pratcher alleges the following:

1. The defendant, Ranair Pratcher, is charged with Conspiracy to commit carjacking (Count One), Carjacking (Count Two), Conspiracy to use, carry, and brandish a firearm (Count Three), Using, carrying, and brandishing a firearm (Count Four), and Possession of a firearm and ammunition by a prohibited person (Count Five). All five counts arise from an alleged carjacking on November 4, 2023, and Mr. Pratcher's arrest for this carjacking early on November 5, 2023.

2. Discovery provided by the Government indicates that in the early hours of November 5, 2023, Mr. Pratcher was parked in a car on the street when law enforcement approached the car, guns drawn. Mr. Pratcher was seized and detained by law enforcement, resulting in an unreasonable search of the vehicle he was driving. It was during this search that police located contraband that the Government seeks to introduce in their case-in-chief in support of Count Five.

−1−

3.     This stop, arrest, and any accompanying seizures were made without reasonable suspicion or probable cause and in violation of Mr. Pratcher's rights under the Fourth Amendment to the United States Constitution. This detention and seizure of Mr. Pratcher was unlawful and, thus, any fruits of this detention, including the contraband allegedly recovered from the vehicle, must be suppressed. Accordingly, all evidence seized in connection with his seizure should be suppressed as it was unlawful.

**WHEREFORE**, Mr. Pratcher respectfully requests that this Court grant an Order of Suppression on the grounds alleged herein and any other ground that may become apparent upon a hearing on the motion.

Respectfully submitted,

    /s/

CHRISTOPHER C. NIETO, #30031
Nieto Law Office
233 East Redwood Street, Suite 1000C
Baltimore, Maryland 21202
Phone: (443) 863-8189
Fax: (443) 378-5723
Email: cnieto@nietolawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025, a copy of Defendant's Motion, which was electronically filed in this case, was emailed to AUSAs LaRai Everett and James Hammond.

    /s/
Christopher C. Nieto, #30031
Attorney for Mr. Pratcher