# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0634

December 11, 2025

TO: Counsel

RE: United States of America v. Ranair Pratcher, Ronald Smith, and Turon Williams
Criminal No. DKC 24-183

Dear Counsel:

This letter will confirm the matters discussed during the telephone conference. The 4-day trial will begin on Tuesday, January 20, 2026, in Baltimore. The government will draft and share with defense counsel by the close of business on December 12, 2025, proposed voir dire, jury instructions, and a verdict sheet. Defendants will advise the government of their respective objections or additions by December 19, 2025. The government will file an agreed-upon version and a red-line version to show areas disagreement, if any, no later than 4:00 p.m. on January 9, 2026. A pretrial conference is scheduled on Tuesday, January 13, 2026, at 10:30 a.m. in Baltimore.

In addition, the parties will file a joint status report by December 19, 2025. The report should include a proposed briefing schedule, if needed, for any anticipated motions(s) in limine, any stipulations, and should advise if any decision is needed by the court prior to the pretrial conference. Counsel advised that the status report may include a request to modify the current schedule, should counsel agree, including the due date for the government's notice of intent of Rule 404(b) evidence.

Despite the informal nature of this letter, it constitutes an Order of the Court and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW
United States District Judge