UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | Cr. No. DKC-24-183 |
| RONALD SMITH.*ET AL.* | * | |
| Defendant | * | |
| For: RONALD SMITH | * | |

## MOTION TO SEAL

Defendant, RONALD SMITH, by his undersigned counsel, hereby moves this Honorable Court to permit him to file his motion to dismiss under seal. That motion contains private materials not to be exposed to the public by Court Order.

WHEREFORE, the defendant respectfully moves this Honorable Court to permit him to file his motion to dismiss under seal.

Respectfully submitted,

_____/s/_____
Richard Bardos
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of January, 2026, a copy of the foregoing Motion was served electronically by email to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201 and all defense counsel.

\_\_\_\_\_/s/_____
Richard Bardos