**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **RANAIR PRATCHER, RONALD SMITH, and TURON WILLIAMS,** | **Criminal Case No. DKC-24-183** |
| **Defendants.** | |

## MOTION TO DISMISS COUNTS ONE THROUGH FOUR

Comes now the United States of America, by and through its counsel, Kelly O. Hayes, the United States Attorney for the District of Maryland, and LaRai Everett, Assistant United States Attorney for said district, and respectfully submits this Motion to Dismiss Counts One through Four of the Indictment in the above matter.

1.    On June 4, 2024, the Defendants Ranair Pratcher, Ronald Smith, and Turon Williams ("Defendants") were charged in a five-count indictment with one count of Conspiracy to Commit Carjacking, in violation of 18 U.S.C. § 371, one count of Carjacking in violation of 18 U.S.C. § 2119(1), one count of Conspiracy to Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(o), one count of Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. 924(c)(1)(A)(ii), and one count of Possession of a Firearm and Ammunition by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1).

2.    The Government does not intend to proceed on Counts One Through Four, however, the Government is set for trial on the remaining Count Five on January 20, 2026.

1

3.      Pursuant to Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."

Wherefore, the Government requests that the Court dismiss without prejudice Counts One through Four.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:   *LaRai Everett*
LaRai Everett
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4900