IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> RONALD SMITH <br><br> **Defendant.** | CASE NO:   DKC-24-183 |

### GOVERNMENT'S MOTION TO EXCEED PAGE LIMITATIONS

The United States of America, by counsel, hereby requests permission, pursuant to Local Rule 105.3 to file a motion response exceeding 15 pages.

The Government is finalizing its response to the Defendants' Motion to Dismiss the Indictment.  The Defendant raise numerous issues. The Government anticipates that its response will be approximately 28 pages (not including cover page and table of contents), which is 13 pages more than permitted to be filed by Local Rule 105.3.  The Government believes that this length is appropriate to address the various issues in the Defendant's motion.

WHEREFORE, the United States respectfully requests that it be permitted to file a response memorandum exceeding 15 pages (totaling 28 pages).

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: *LaRai Everett*
LaRai Everett
James Hammond
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing will be sent via the CM/ECF filing system to all counsel of record.

/s/
LaRai Everett
Assistant United States Attorney